UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 21, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA, )
                                         )
         Plaintiff, )
v.                                )
                                         )
ADRIANNA CANO, )
                                         )
         Defendant. )

Case No. 2:10CR00437-WBS-4

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ADRIANNA CANO__ , Case No. __2:10CR00437-WBS-4__ , Charge __21USC § 846 & 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ __50,000.00__

            ✔    Unsecured Appearance Bond - $50,000.00

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

            ✔    (Other)     __Pretrial conditions as stated on the record.__

Issued at __Sacramento, CA__ on __October 21, 2010__ at __3:36 pm__ .

By    *Dale A. Drozd*
       Dale A. Drozd
       United States Magistrate Judge

Original - U.S. Marshal