FILED
October 21, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>v.  )<br>  )<br>ADRIANNA CANO,  )<br>  )<br>        Defendant.  ) | Case No. 2:10CR00437-WBS-4<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ADRIANNA CANO__, Case No. __2:10CR00437-WBS-4__, Charge __21USC § 846 & 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __    Release on Personal Recognizance

     ✔    Bail Posted in the Sum of $ __50,000.00__

             ✔    Unsecured Appearance Bond - $50,000.00

             __    Appearance Bond with 10% Deposit

             __    Appearance Bond with Surety

             __    Corporate Surety Bail Bond

             ✔    (Other)     __Pretrial conditions as stated on the record.__

Issued at __Sacramento, CA__ on __October 21, 2010__ at __3:36 pm__.

By    _/s/ Dale A. Drozd_
                 Dale A. Drozd
                 United States Magistrate Judge

Original - U.S. Marshal