**THE LAW OFFICES OF MARK J. REICHEL**
455 CAPITOL MALL, 3rd FLOOR, SUITE 350
SACRAMENTO, CALIFORNIA  95814

*Mark J. Reichel*  (916) 498-9258  Fax: (916) 441-6553
*Attorney At Law*  mark@reichellaw.com
www.reichellaw.com

# M E M O R A N D U M AND ORDER

DATE:      November 2, 2010

TO:        The Honorable Dale A. Drozd
           United States Magistrate Judge

SUBJECT:   **United States v. Adrianna Cano 2:10cr437**
           **Request to Continue Bond Filing Date**

    This Memorandum is to request the filing of the bond paperwork on this defendant to be continued from November 4, 2010 until November 18, 2010. The request is based on delays which have been encountered in getting the Title search done on the Butte county property of Rebecca Farnum, the mother in law to Adrianna Cano. Ms. Farnum lives and works in Sacramento and she will also need to travel to Oroville, California to file the Deed once the paperwork has been approved by the government.

    The prosecuting AUSA Jill Thomas has been contacted and has no objection to this continuance.

    Therefore it is respectfully requested that the bond completion date now set for Thursday, November 4, 2010 be continued until Thursday, November 18, 2010.

                              Respectfully submitted:

                              Mark J. Reichel
                              Attorney for Adrianna Cano

Order

IT IS SO ORDERED.  All other conditions of release shall remain in full force and effect.

DATED: November 4, 2010.

_____
U.S. MAGISTRATE JUDGE