MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
ADRIANNA CANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-437 WBS |
| ) Plaintiff, ) | **STIPULATION TO CONTINUE STATUS CONFERENCE AND REQUEST DATE FOR CHANGE OF PLEA; ORDER THEREON** |
| v. ) ) | |
| ADRIANNA CANO ) ) | Date: November 5, 2012<br>Time: 9:30 a.m.<br>Judge: WILLIAM B. SHUBB |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present dates for the status hearing be re calendared for a change of plea for November 5, 2012.

This continuance is requested as defense counsel needs adequate time to prepare for the case, and the defense is still reviewing the discovery and will be researching matters. As well, defense counsel will be in final negotiations with the government in an effort to resolve the case and the case will resolve.

Stip and Order

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through November 5, 2012 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: October 22, 2012.        Respectfully submitted,

                                MARK J. REICHEL, ESQ.

                                /s/ MARK J. REICHEL
                                MARK J. REICHEL
                                Attorney for defendant


                                BENJAMIN WAGNER
                                United States Attorney

DATED: October 22, 2012.        /s/MARK J. REICHEL for:
                                JILL THOMAS
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.**  For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.

DATED: October 22, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE